UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEATHER FICK,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACCEPTANCE COMPANY, L.L.C. and BOWMAN, HEINTZ, BOSCIA & VICIAN, P.C.,<br><br>Defendants. | CASE NO. 3:11CV 229<br><br>COMPLAINT |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for statutory and actual damages, punitive damages, costs of the action and a reasonable attorney's fee brought by Plaintiff Heather Fick for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., by Defendants.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331 and 1337.

### III. PLAINTIFFS

3. Plaintiff Heather Fick is a natural person residing in South Bend, Indiana.

### IV. DEFENDANTS

4. Defendant Bowman, Heintz, Boscia & Vician, P.C. (hereinafter "Bowman, Heintz") is a for-profit domestic professional corporation with its principal place of business in Merrillville, Indiana.

5. At all times relevant herein, Bowman, Heintz was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

6. Defendant American Acceptance Company, L.L.C (hereinafter "AAC") is a for-profit domestic limited liability company with its principal place of business in Merrillville, Indiana.

7. At all relevant times herein, AAC was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

## V.   STATEMENT OF FACTS

8. On April 28, 2011, Bowman, Heintz filed a debt collection lawsuit, Cause No. 71C01-103-CC-00440, on behalf of AAC against Plaintiff in St. Joseph County Circuit Court.

9. AAC is not licensed as a collection agency in the State of Indiana.

## VI.   CLAIMS FOR RELIEF

### A.   Fair Debt Collection Practices Act - AAC

10. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through nine above.

11. AAC violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Filing a lawsuit against Plaintiff, and thereby conducting a collection agency, without being licensed in the State of Indiana as required by Indiana Code § 25-11-1-7 in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692e and 15 U.S.C. § 1692f.

12. As a result of the violation of the Fair Debt Collection Practices Act, AAC is liable to Plaintiff for her actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

### B.   Fair Debt Collection Practices Act – Bowman, Heintz

13. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through nine above.

14. Bowman, Heintz violated the Fair Debt Collection Practices Act. These violations include, but are not limited to:

    a. Filing an illegal lawsuit against Plaintiff on behalf of AAC in violation of 15 U.S.C. § 1692d, 15 U.S.C. § 1692e and 15 U.S.C. § 1692f.

15. As a result of the violation of the Fair Debt Collection Practices Act, Bowman, Heintz is liable to Plaintiff for her actual damages, statutory damages, costs, attorney fees and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants in an amount that will compensate her for her actual damages, statutory damages, punitive damages, costs, attorney fees and all other appropriate relief.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
380 Mount Zion Road, Suite C
Lebanon, IN 46052
800-817-0461
robert@robertdufflaw.com